

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-94,858-02

### EX PARTE CEDRIC FRIEL WOODS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1119817-A IN THE 179TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam. Yeary, J., filed a concurring opinion .*

## O P I N I O N

Applicant was convicted of possession of a controlled substance and sentenced to confinement. Applicant, through habeas counsel, filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his guilty plea was involuntary because at the time of his plea, he was not aware that the substance he possessed contained no controlled substances. Based on the record, the trial court has determined that Applicant's plea was involuntary.

Relief is granted. *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014). The judgment in cause number 1119817 in the 179th District Court of Harris County is set aside, and Applicant

shall answer the charges as set out in the information. The trial court shall issue any necessary orders within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: November 8, 2023
Do not publish